~~SECRET~~ *unsealed 1-17-08 aje*

FILED

07 DEC 20 PM 2:32

BY: _PDV_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '07 CR 3442 JAH |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| LUIS MANUEL BECERRA, | |
| Defendant. | |

The grand jury charges:

On or about November 13, 2007, within the Southern District of California, defendant LUIS MANUEL BECERRA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//
//

RSK:nlv:San Diego
12/19/07

1  It is further alleged that defendant LUIS MANUEL BECERRA was
2  removed from the United States subsequent to April 22, 1999.
3  DATED: December 20, 2007.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
REBECCA S. KANTER
Assistant U.S. Attorney

2