### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.   LUIS MANUEL BECERRA                              No. 07CR3442-JAH

HON.  NITA L. STORMES              Tape No.  NLS08-1:14:23-14:30

Asst. U.S. Attorney   CARLOS CANTU                PTSO

|  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|
| Atty | FD-Hanni Fakhour S/A | ___ Apt | ___ Ret | for ___ | (1) | ( ) |
|  | Robert Rexrode - N/A | X Apt | ___ Ret | for ___ | (1) | ( ) |
|  | ___ | ___ Apt | ___ Ret | for ___ | ( ) | ( ) |

___ Apt for Material Witness(es)

PROCEEDINGS:       ___ In Chambers    X In Court    ___ By Telephone

DOA: 1/15/08
F/A: 1/17/08

GOVERNMENTS ORAL MOTION TO UNSEAL INDICTMENT - GRANTED.

DEFENDANT ARRAIGNED ON INDICTMENT. DEFENDANT ENTERED A NOT GUILTY PLEA.

COURT APPOINTED ATTORNEY ROBERT REXRODE TO REPRESENT DEFENDANT LUIS MANUEL BECERRA.

COURT SET BOND AT $30,000 C/CS WITH CONDITIONS IMPOSED BY THE COURT.

MOTION HEARING & TRIAL SETTING SET FOR 2/19/08 AT 8:30 A.M. BEFORE DISTRICT JUDGE JOHN A. HOUSTON.

Date    1/17/08                                          IF  _____
                                                              Deputy's Initials