**Richard B. Rodriguez Esq., CSB#: 106205**
815 Third Avenue, Suite 207
Chula Vista, CA 91911
(619) 427-7622
(619) 427-7344 Fax

**Attorney for Defendant: Luis Manuel Becerra**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Judge Houston)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **CASE NO.: 07CR 3442** |
| ) | |
| PLAINTIFF, ) | NOTICE OF MOTION AND MOTIONS TO: |
| ) | |
| vs. ) | |
| ) | 1. COMPEL DISCOVERY |
| ) | |
| ) | 2. LEAVE TO FILE FURTHER MOTIONS |
| **LUIS MANUEL BECERRA,** ) | |
| ) | DATE:   03/17/08 |
| ) | TIME:   8:30 A.M. |
| ) | PLACE: COURTROOM JUDGE HOUSTON |
| DEFENDANT. ) | |

**TO: Karen P. Hewitt, UNITED STATES ATTORNEY, and Rebecca S. Kanter, Assistant United States Attorney:**

Please take notice that on or as soon thereafter as counsel may be heard, the defendant, Luis Manuel Becerra by and through his counsel, Richard B. Rodriguez, Esq., will move the court for an order to grant the motions listed above.

Dated: February 19, 2008                              Respectfully Submitted,


                                                      s/Richard B. Rodriguez

                                                      Attorney for Defendant
                                                      E-mail: lawrichrod@aol.com

1

**Richard B. Rodriguez Esq., CSB#: 106205**
815 Third Avenue, Suite 207
Chula Vista, CA 91911
(619) 427-7622
(619) 427-7344 Fax

**Attorney for Defendant: Luis Manuel Becerra**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Judge Houston)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 07CR3442 |
| ) | |
| PLAINTIFF, ) | POINTS AND AUTHORITIES IN SUPPORT OF MOTIONS TO: |
| ) | |
| vs. ) | 1. COMPEL DISCOVERY |
| Luis Manuel Becerra ) | 2. LEAVE TO FILE FURTHER MOTIONS |
| ) | |
| ) | DATE:     03/17/08 |
| ) | TIME:     8:30 A.M. |
| ) | PLACE:   COURTROOM JUDGE HOUSTON |
| DEFENDANT, ) | |

**I.**

**FACTUAL SUMMARY**

The Defendant has been charged in a one-count indictment with violation of Title 8, U.S.C., Sections 1326 (a) and (b) Deported Alien found in the United States.  The defendant requests the following discovery:

2

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

## II

## TO COMPEL FURTHER DISCOVERY

The defendant requests the following further discovery, pursuant to Fed. R. Crim. P. 16:

(A) All written and oral statements made by him. This request includes but is not limited to any rough notes, records, transcripts or other documents in which statements of the defendant are contained. It also includes the substance of any oral statements which the government intends to introduce at trial, together with any rough notes of any statements. The defendant has been given some discovery thus far. These documents are discoverable under Fed. R. Crim. P. 16 (a)(1)(A);

*(B)* All documents, statements, agent's reports, and tangible evidence favorable to the defendant on the issue of guilt and/or innocence, which affects the credibility of the government's case. This evidence must be produced to defendant pursuant to ***Brady vs. Maryland, 373 U.S. 83 (1963), and United States vs. Augurs, 427 U.S. 97 (1976):***

*(C)* All evidence, documents and information pertaining to any prior arrests and convictions or prior bad acts. Evidence of prior record is available under Fed. R. Crim. R.16(a)(1)(B). Evidence of prior similar acts is discoverable under Fed. R. Crim. P.16(a)(1)(c) and Fed. R. Evid. 404(b) and 609;

*(D)* All evidence seized in this case. These materials are available pursuant to Fed. R. Crim. P.16(a)(1)(c);

*(E)* All statements, which exculpate defendant, or any other person whom the government alleges is a co-conspirator with him, Any statement, which exculpates defendant, is discoverable, since the government will argue that statement may be attributed to him under Fed. R. Evid. 801(d)(2)(E). ***See United States vs. Konefal, 556 F. Supp. 698, 705, 07, (N.D.N.Y 1953); United States vs. Thevis, 84 F.R.D. 47, 56-57 (N.D. Ga. 1979):***

*(F)* Any Jencks (18 U.S.C. Section 3500) materials. All materials should be promptly disclosed

3

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

to the defense to avoid delay at the time of trial and to allow an opportunity to evaluate, and possibly conduct further investigation if necessary.

*(G)* Any and all raw notes made by investigative officers of all witnesses interviewed. **_United States vs. Harris,_ 542 F. 2nd 1094 (9th Cir. 1976)**

## IV
## FOR LEAVE TO FILE FURTHER MOTIONS

The defendant respectfully requests this court to grant him leave to file further motions based upon additional information, evidence, or discovery occurring prior, during, or after the motion date. This of course, is based upon new or additional information being obtained after the preparation, filing and/or motion hearing on this matter.

## V
## CONCLUSION

Defendant Luis Manuel Becerra respectfully requests the previously discussed motions be granted.

Dated: February 19, 2008                                       Respectfully Submitted,


                                                               s/Richard B. Rodriguez

                                                               Attorney for Defendant
                                                               E-mail: lawrichrod@aol.com

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com