1  **RICHARD B. RODRIGUEZ, CSB#: 106205**
2  Attorney at Law
   815 Third Avenue, Suite 207
3  Chula Vista, CA 91911
   Telephone: (619) 427-7622
4  Facsimile:   (619) 427-7344

5  **Attorney for: LUIS MANUEL BECERRA**

6
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10             (HONORABLE JUDGE HOUSTON)
11
12 UNITED STATES OF AMERICA,        )   CASE NO: 07CR3442
                                    )
13                    PLAINTIFF,    )
                                    )
14 VS.                              )
                                    )   **PROOF OF SERVICE**
15                                  )
                                    )
16 LUIS MANUEL BECERRA,             )
                                    )
17                                  )
                                    )
18                                  )
                                    )
19                    DEFENDANT,    )
                                    )
20 ─────────────────────────────────

21
22 I, RICHARD B. RODRIGUEZ, declare that:
23     I am over the age of eighteen years and not a party to this case; I am employed in the
24 county of San Diego, California where my usual business address is: 815 THIRD AVENUE
25 SUITE 207, CHULA VISTA, CALIFORNIA 91911.
26     **On February 19, 2008, at approximately 12:30PM, I deposited the following
27 document(s) electronically.**
28

PROOF OF SERVICE BY ELECTRONIC FILING

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com

1. **MOTION TO COMPEL DISCOVERY**
2. **PROOF OF SERVICE**

    I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed on February 19, 2008            s/ Richard B. Rodriguez
                                                     Attorney for Defendant
                                                     E-mail: lawrichrod@aol.com

PDF Created with deskPDF PDF Writer - Trial :: http://www.docudesk.com