AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
JUN 2 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| LUIS MANUEL BECERRA | CASE NUMBER: 07CR3442-JAH |

I, LUIS MANUEL BECERRA, the above named defendant, who is accused committing the following offenses:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor), Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) and Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6-23-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER